NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BYTEMARK, INC.,**
*Appellant*

**v.**

**MASABI LTD.,**
*Appellee*

---

2019-1442

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01449.

---

## JUDGMENT

---

DARIUSH KEYHANI, Keyhani LLC, Washington, DC, argued for appellant.

THOMAS DONOHUE, Fishman Stewart PLLC, Bloomfield Hills, MI, argued for appellee. Also represented by DOUGLAS PERRY LALONE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2020                    /s/ Peter R. Marksteiner
Date                                  Peter R. Marksteiner
                                      Clerk of Court